FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 18 2011 ★

BROOKLYN OFFICE

MEMORANDUM
TO THE HONORABLE JOHN GLEESON
United States District Judge

RE: Robert Bonovoglia
True Name: Robert Bonavoglia

DOCKET NO.: 95-CR-812-(S-1)-08

**Arrest Notification**

The defendant was originally sentenced by the Honorable Eugene H. Nickerson, on September 13, 1996, as follows: 70 months custody to be followed by a term of 5 years supervised release and a $50.00 special assessment fee. Additionally, special conditions for substance abuse treatment and firearms prohibition were mandated at sentencing. On June 20, 2003, jurisdiction over Bonovoglia's case was transferred to the Honorable David G. Trager. On June 7, 2004, after the releasee pled guilty to Criminal Possession and Sale of a Controlled Substance, Judge Trager sentenced the subject to 30 days custody with no supervision to follow. Thereafter, on September 27, 2004, Judge Trager issued an amended order reflecting that the defendant was to continue on supervision until March 31, 2007, his originally scheduled termination date. Thereafter, on November 17, 2008, a four count violation was filed with the Court charging that, in sum, the subject was once again in possession of a controlled substance. Specifically, on October 7, 2004, the defendant's home was searched by NYS parole officers and he was found to be in possession of hydrocodone and cocaine. On April 18, 2008, Judge Trager ordered that the subject be continued on supervision and "shall not be subject to active supervision during the remainder of his term." On April 11, 2011, jurisdiction over Bonovoglia's case was transferred to Your Honor to address new criminal conduct.

We are writing to advise that the subject was arrested by officers of the 60th precinct of the NYPD on March 5, 2011. The subject was charged with Criminal Possession of a Controlled Substance - 7th degree, a violation of NYS Penal Code section 220.03. On May 11, 2011, the undersigned officer interviewed the subject's supervising NYS Parole Officer, Peter Alverez. Alverez advised that the subject had absconded from his NYS Parole, thus, a warrant was issued for his arrest. Thereafter, Bonovoglia was stopped by the NYPD, the open warrant was discovered and the subject was taken into custody. During a post-arrest search it was discovered that the subject had illicit substances on

his person. On April 5, 2011, the subject entered a plea of guilty and was issued a violation for disorderly conduct. It is also noteworthy to mention that the subject was sentenced to four months custody for the parole violation. The subject is due to be released from the state's custody at the end of June 2011.

The probation department respectfully recommends that no action be taken with respect to this arrest and that the subject be continued on inactive supervision until his scheduled expiration, which will be on or about, February 5, 2012. We believe that the term of imprisonment imposed by the state is adequate to address Bonovoglia's new criminal conduct, and we note that the offender is serving a term of lifetime parole with New York State. We await the Court's direction in this matter.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Harry R. Collins
U.S. Probation Officer

APPROVED BY: _____
Joseph R. Franco
Supervising U.S. Probation Officer

The Court directs the following:

[X] No Action / Continue the subject on inactive supervision until scheduled expiration date.

[X] Other Action : _Please provide supplemental report/recommendation regarding this release, with updated recommendation regarding whether supervision should be allowed to terminate on or before January 15, 2012._

s/John Gleeson                                          5-13-11
_____        _____
The Honorable John Gleeson                        Date
U.S. District Judge

May 12, 2011